**EXHIBIT A**

 

# Offer affordable lab testing to your self-pay/high-deductible patients.

## Two Simple Options:

| Option A | Option B |
|---|---|
| (3rd party doctor network confirms order) | (You are licensed to order lab tests in your state) |
| Refer patients to<br><br>www.accesalabs.com<br>(888) 946-9522<br><br>Use order code<br>**SELFPAY10**<br>to save 10%<br><br>Patient orders and results are uploaded to secure box.com folders<br><br> <br><br>Same day orders | Doctors, NPs, or PAs can set-up FREE account at<br>www.pushhealth.com<br>(855) 787-4432<br><br>Lab orders can easily be sent to any patient who has an email address.<br>Orders and results are uploaded to secure medical provider and patient charts.<br><br><br><br>Same day orders |

**Questions?** Call (855) 787-4432 / 855PUSHHEALTH or email questions@pushhealth.com

Please call (855) 405-2892 if you received this fax in error and would like to be removed from future messages. Thank you!